**No. 11-5473. Douglas E. Kampfer, Petitioner v. Wendy Reu, et al.**

565 U.S. 1031, 132 S. Ct. 572, 181 L. Ed. 2d 417, 2011 U.S. LEXIS 8039.

November 7, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 909, 132 S. Ct. 317, 181 L. Ed. 2d 195, 2011 U.S. LEXIS 5976.